FILED

2005 JUN 29  A 10: 10

CPK. US DIST. COURT
E,           CALIF
BY_____
       CLAVYIY

1  Robert C. Niesley, Esq. (Bar No. 131373)
   Donna R. Tobar, Esq. (Bar No. 223149)
2  Watt, Tieder, Hoffar & Fitzgerald, LLP
   2040 Main Street, Suite 300
3  Irvine, California 92614
   (949) 852-6700 (telephone)
4  (949) 261-0771 (facsimile)

5  Attorneys for Plaintiff
   First National Insurance Company of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11
   FIRST NATIONAL INSURANCE COMPANY        ) CASE NO. CIV-F-04 5945 OWW DLB
12 OF AMERICA, a Washington corporation,   ) Hon. Oliver W. Wanger
                                           )
13            Plaintiff,                    ) **STIPULATION   TO   CONTINUE**
                                           ) **STAY   OF   ACTION   PENDING**
14       v.                                 ) **OUTCOME   OF   RELATED**
                                           ) **ARBITRATION   PROCEEDING;**
15 HIGH  DESERT  FABRICATORS,  INC.,  a    ) **[PROPOSED] ORDER THEREON**
   California corporation; FRANCES K. WILSON, )
16 an  individual;  ROBERT  A.  WILSON,  an )
   individual;  GREGG  WILSON,  an individual; )
17 SHEILA   WILSON,   an  individual;  GREGG )
   WILSON, as trustee of GREGG  WILSON     )
18 TRUST  DATED  AUGUST  23,  1984;  and   )
   FRANCES K. WILSON, as trustee of THE    )
19 FRANCES K. WILSON TRUST DATED JULY      )
   31, 1995,                                )
20                                          )
              Defendants.                   )
21 _____)

22

23

24

25

26

27

28

                                      0

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    This Stipulation is entered into by and between Plaintiff First National Insurance Company of

3    America ("First National"), on the one hand, and Defendant High Desert Fabricators, Inc. ("High

4    Desert"), on the other hand. First National and High Desert wish to continue the stay in this action, which

5    stay was terminated on June 1, 2005 pursuant to the Court's January 6, 2005 Order approving the

6    previous stipulation between First National and High Desert, among other Defendants.

7                                            **RECITALS**

8    WHERAS, First National and High Desert hereby recite as follows:

9    1.    On or about July 7, 2004, First National filed the instant indemnity lawsuit against

10   Defendants High Desert, Robert A. Wilson and Frances K. Wilson, as an individual and as trustee of The

11   Frances K. Wilson Trust Dated July 31, 1995; Gregg Wilson, as an individual and as trustee of Gregg

12   Wilson Trust Dated August 23, 1984; and Sheila Wilson (collectively, "Defendants") in order to enforce

13   the terms of the Indemnity Agreement executed by Defendants (whereby the Defendants agreed to be held

14   jointly and severally liable for all of First National's losses and expenses as a result of issuing bonds on

15   behalf of Defendant High Desert) by obtaining reimbursement from the Defendants for all of the losses

16   and expenses that First National has incurred as a result of issuing surety bonds on behalf of High Desert;

17   2.    The present indemnity action (Case No. CIV-F-04 5945 OWW DLB, U.S. District Court,

18   Eastern District of California) ("Indemnity Action") has already been automatically stayed against

19   Defendants Gregg Wilson and Sheila Wilson because said Defendants filed a voluntary petition in

20   bankruptcy on or about December 17, 2004 in the United States Bankruptcy Court, Eastern District of

21   California, Fresno Division, Case No. 04-60471-A-7;

22   3.    This Indemnity Action has already been automatically stayed against Defendants Frances

23   K. Wilson and Robert A. Wilson because said Defendants filed a voluntary petition in bankruptcy on or

24   about December 29, 2004 in the United States Bankruptcy Court for the District of Arizona, Case No. 4-

25   04-bk-06410;

26   4.    First National and High Desert, on the one hand, and the Tehachapi Unified School

27   District, on the other hand, are currently involved in arbitration proceedings before the American

28   Arbitration Association, identified as Case No. 724 Y 110 00452 04 HLT ("Tehachapi Arbitration");

1

**STIPULATION TO CONTINUE STAY OF ACTION PENDING OUTCOME OF RELATED ARBITRATION
PROCEEDING; [PROPOSED] ORDER THEREON**

1       5.     The Tehachapi Arbitration should be proceeding to mediation by no later than the end of

2   July, 2005;

3       6.     If the Tehachapi Arbitration does not settle at the mediation, the matter will be arbitrated

4   beginning on or about February 6, 2006;

5       7.     The outcome of the Tehachapi Arbitration will have a direct impact on the amount of First

6   National's losses and expenses being sought in this Indemnity Action; and

7       8.     First National and High Desert both desire to have this Indemnity Action stayed while the

8   Tehachapi Arbitration is pending.

9                                   **STIPULATION**

10      WHEREFORE, Defendants and First National hereby stipulate to the following:

11       1.     First National and High Desert hereby stipulate to stay this Indemnity Action until the later

12   of the following time periods: (1) August 1, 2005, or (2) the completion of the Tehachapi Arbitration.

13     **IT IS SO STIPULATED.**

14   Dated: June 1⎣, 2005             WATT, TIEDER, HOFFAR, & FITZGERALD, L.L.P.

15

16                                By:_____
                                    Robert C. Niesley, Esq.

17                                    Donna R. Tobar, Esq.
                                    Attorneys for Plaintiff

18                                    First National Insurance Company of America

19   Dated: June 1⁴, 2005             HIGH DESERT FABRICATORS, INC.

20

21                                By:_____
                                    Robert A. Wilson

22                                    Pro Per for Defendant High Desert Fabricators, Inc.

23

24

25

26

27

28

                                  2

1

## ORDER

2     Based on the foregoing Stipulation and good cause appearing therefor,

3     IT IS HEREBY ORDERED that the instant Indemnity Action (Case No. CIV-F-04 5945 OWW

4 DLB, U.S. District Court, Eastern District of California) is hereby stayed until the later of the following

5 time periods: (1) August 1, 2005, or (2) the completion of the Tehachapi Arbitration.

6     **IT IS SO ORDERED.**

7

8 Dated: **6-27-05**

9 89954                            HONORABLE OLIVER W. WANGER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE STAY OF ACTION PENDING OUTCOME OF RELATED ARBITRATION
PROCEEDING; [PROPOSED] ORDER THEREON