UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE, etc. | |
| Plaintiff, | 1:04-cv-5945 OWW DLB |
| v. | |
| HIGH DESERT FABRICATORS, etc., et al., | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| Defendant | |

Pursuant to the request for dismissal filed by the plaintiff, and no answer having been filed by the defendants, this action is dismissed without prejudice.

Dated: June 7, 2006                    /s/ OLIVER W. WANGER
                                       _____
                                       OLIVER W. WANGER
                                       United States District Judge

1